SUSAN FAITH
MARGARETTEN,

     Appellant,

v.

FLAGSTAR BANK, FSB,

     Appellee.

IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-4424

_____/

Opinion filed March 8, 2017.

An appeal from the Circuit Court for Walton County.
Thomas R. Santurri, Judge.

Nicholas A. Vidoni, Watson, Soileau, DeLeo, Burgett & Pickles, P.A., Cocoa, for
Appellant.

Andrew P. Marcus, GrayRobinson, P.A., Fort Lauderdale, for Appellee.

PER CURIAM.

     AFFIRMED.

LEWIS, WETHERELL, and JAY, JJ., CONCUR.